**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 484 MAL 2019

       Respondent               :

                                 :   Petition for Allowance of Appeal
                                 :   from the Order of the Superior Court

           v.                     :

                                 :

JOEL REYNALDO HERNANDEZ,      :

                                 :

          Petitioner             :

## **ORDER**

**PER CURIAM**

     **AND NOW**, this 4th day of February, 2020, the Petition for Allowance of Appeal is **DENIED**.